UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOSHUA SINGER,

               Plaintiff,                 Case No. 1:25-cv-1106

v.                                      Honorable Phillip J. Green

KALAMAZOO COUNTY JAIL,

               Defendant.
_____/

**JUDGMENT**

    In accordance with the opinion issued this date:

    **IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 24, 2025          /s/ Phillip J. Green          
                                              PHILLIP J. GREEN
                                            United States Magistrate Judge